IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| JASON WAYNE CARLILE, | ) | |
| TDCJ No. 1466664, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 7:08-CV-068-O |
| | ) | |
| SHERIFF TOM CALLAHAN, | ) | |
|     Defendant. | ) | |

## JUDGMENT

This action came on for consideration by the Court and, the Plaintiff having twice failed to comply with Court orders,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint be, and it is hereby, dismissed without prejudice pursuant to Rule 41(b), Federal Rules of Civil Procedure.

The Clerk of Court shall transmit a copy of this Judgment to Plaintiff and to Counsel for Defendant.

SIGNED this 29th day of April, 2009.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**